USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
G.C.W., an infant by his mother and
natural guardian, MICHELLE RIVERA,

                Plaintiff,

           v.

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------X

**ORDER**

15 Civ. 00294 (KHP)

Upon reading and filing the APPLICATION TO PURCHASE REAL PROPERTY AND TO MAKE EXPENDITURES by ORANGE BANK & TRUST COMPANY, as Trustee of THE G. C. W. SETTLEMENT FUND MANAGEMENT TRUST, and all exhibits annexed thereto; these papers supporting an application for the partial withdrawal of funds from the G. C. W. SETTLEMENT FUND MANAGEMENT TRUST (GCWSFM Trust) as follows:

    (i)    The sum of $527,765.00 for the purchase of newly constructed real property located at Subdivision Country Club Ridge at Crystal Springs II, a planned Community in the Township of Hardyston, County of Sussex, State of New Jersey, more specifically described as Dominica Spring Model, Set/Version # DSP00-01, Legal Lot 1.23, Block 16.30, with a property address of 41 Coventry Road, Hamburg, New Jersey 07419, with the Trust to be the title holder of said property;

    (ii)    The sum of not more than $15,350.00 for necessities for the home;

    (iii)    The payment of the annual cost of the real estate taxes for the home located at 41 Coventry Road, Hardyston, New Jersey 07419;

    (iv)    The payment of the annual cost of homeowner's insurance for the home located at 41 Coventry Road, Hamburg, New Jersey 07419;

(v)     The payment of the monthly maintenance fee for the home located at 41 Coventry Road, Hardyston, New Jersey 07419;

(vi)     An amount not to exceed $2,500.00 to cover the family's moving costs from New York to New Jersey; and

(vii)     Reasonable attorney's fees for the preparation and filing of the instant application.

IT IS ORDERED, that upon the service of an attorney-certified copy of this Order upon an officer of ORANGE BANK & TRUST COMPANY as Trustee of the GCWSFM TRUST, the Bank, as Trustee of the GCWSFM TRUST, shall make the following payments:

(i)     The sum of $527,765.00 for the purchase of newly constructed real property located at Subdivision Country Club Ridge at Crystal Springs II, a planned Community in the Township of Hardyston, County of Sussex, State of New Jersey, more specifically described as Dominica Spring Model, Set/Version # DSP00-01, Legal Lot 1.23, Block 16.30, with a property address of 41 Coventry Road, Hamburg, New Jersey 07419, with the Trust to be the title holder of said property;

(ii)     The sum of not more than $15,350.00 for necessities for the home;

(iii)     The payment of the annual cost of the real estate taxes for the home located at 41 Coventry Road, Hamburg, New Jersey 07419;

(iv)     The payment of the annual cost of homeowner's insurance for the home located at 41 Coventry Road, Hamburg, New Jersey 07419;

(v)     The payment of the monthly maintenance fee for the home located at 41 Coventry Road, Hamburg, New Jersey 07419;

(vi)     An amount not to exceed $2,500.00 to cover the family's moving costs from New York to New Jersey; and

(vii)     The sum of $ __3, 185.00__ to THE LAW OFFICE OF JOHN M. DALY for the preparation and filing of the instant application papers.

ENTER

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

04/12/2022