USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

G.C.W., *an infant by his mother and natural guardian, Michelle Rivera*,

                                  Plaintiffs,

        -against-

United States of America

                                  Defendant.
-----------------------------------------------------------------X

**ORDER**

**15-cv-00294 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Orange Bank & Trust Company ("Orange Bank"), as trustee of the G.C.W. Settlement Fund Management Trust (the "Trust"), filed a Motion to Withdraw Trust Funds on April 1, 2025 (the "Motion") requesting as follows:

(i) that the Court reopen this matter for the purpose of authorizing a distribution from the Trust;

(ii) that the Court authorize a distribution of up to $90,000 from the Trust to pay off the vehicle leased by G.C.W.'s mother, Michelle Rivera, with such payment being made directly to the car dealer and further payment to modify said vehicle;

(iii) that the Court authorize use of trust funds to pay for tax, title, auto insurance and annual registration for the vehicle; and

(iv) that the Court authorize the payment of reasonable attorneys' fees from the Trust in connection with the filing of the Motion.

Having reviewed the application and finding that it is reasonable and well supported, it is hereby ORDERED that upon the service of a copy of this Order on an officer of Orange Bank as trustee of the Trust, Orange Bank is authorized and shall make the following payments:

(i) the sum of not more than $90,000 to pay off the vehicle leased by G.C.W.'s mother, Michelle Rivera, with such payment being made directly to the car dealer and further payment to modify said vehicle;

(ii) the payment of tax, title, auto insurance and annual registration for the vehicle;

(iii) the payment of attorneys' fees and costs for the preparation and filing of the Motion to Stagg Wabnik Law Group LLP, attorneys for Orange Bank, in the amount of $9,900.00.

This case is reopened solely for the purpose of authorizing the above payments. Orange Bank, as trustee, shall file a letter with the Court by **October 7, 2025**, providing an update on whether the funds have been distributed as ordered and whether the vehicle has been obtained.

**SO ORDERED.**

Dated: April 7, 2025
      New York, New York

                                                             *Katharine H. Parker*
                                                             _____
                                                             KATHARINE H. PARKER
                                                            United States Magistrate Judge