USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/1/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
G.C.W., *an infant by his mother and natural
guardian, Michelle Rivera*,

ORDER

                                          Plaintiffs,

15-cv-00294 (KHP)

             -against-

United States of America

                                          Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Orange Bank & Trust Company ("Orange Bank"), as trustee of the G.C.W. Settlement Fund Management Trust (the "Trust"), filed letter motion requesting that the Court modify its April 7, 2025 Order authorizing a withdrawal of funds.  The Court amends its previous order as follows:

(i)     that the Court reopen this matter for the purpose of authorizing a distribution from the Trust;

(ii)    that the Court authorize a distribution of up to $105,120.12 from the Trust to purchase an AWD Toyota Sienna Power Side Entry car by G.C.W.'s mother, Michelle Rivera, with such payment being made directly to Mobility Works of Highland Park, New Jersey, and further payment to modify said vehicle;

(iii)   that the Court authorize use of trust funds to pay for tax, title, auto insurance and annual registration for the vehicle; and

Having reviewed the application and finding that it is reasonable and well supported, it is hereby ORDERED that upon the service of a copy of this Order on an officer of Orange Bank as trustee of the Trust, Orange Bank is authorized and shall make the following payments:

(i)      the sum of not more than $105,120.12 to purchase an AWD Toyota Sienna Power Side Entry car by G.C.W.'s mother, Michelle Rivera, with such payment being made directly to Mobility Works of Highland Park, New Jersey, and further payment to modify said vehicle

(ii)     the payment of tax, title, auto insurance and annual registration for the vehicle;

This case is reopened solely for the purpose of modifying the Court's April 7, 2025 Order. Orange Bank, as trustee, shall file a letter with the Court by **November 30, 2026,** providing an update on whether the funds have been distributed as ordered and whether the vehicle has been obtained.

**SO ORDERED.**

Dated: June 1, 2026
      New York, New York

_Katharine H. Parker_
      KATHARINE H. PARKER
      United States Magistrate Judge